■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN WASHINGTON, Appellant. [775 NYS2d 661]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered June 19, 2002. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The contention of defendant that his plea was not knowingly, voluntarily and intelligently entered survives his waiver of the right to appeal (*see People v Seaberg*, 74 NY2d 1, 10 [1989]). By failing to move to withdraw the plea or to vacate the judgment of conviction, however, defendant failed to preserve that contention for our review, and this case "does not qualify for the narrow, 'rare case' exception to the preservation doctrine" (*People v Toxey*, 86 NY2d 725, 726 [1995], *rearg denied* 86 NY2d 839 [1995]). Present—Pigott, Jr., P.J., Green, Wisner, Scudder and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMIR WILLIAMS, Appellant. [775 NYS2d 661]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered March 11, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.